# United States District Court
# For The Western District of North Carolina
# Charlotte Division

LINDSAY WILLIAMS,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:11cv592

MICHAEL J. ASTRUE,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2012 Order.

                                        Signed: October 5, 2012

                                        */s/ Frank G. Johns*
                                        Frank G. Johns, Clerk
                                        United States District Court